IN THE UNITED STATES DISTRICT COURT FILED BY ___ D.C.
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

05 AUG 23 AM 6: 52

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| ) | Cr. No. <u>04-20383-Ma</u> |
| v. ) | |
| CLARENCE S. DAVIS, ) | |
| Defendant. ) | |

## ORDER

After having conducted a hearing pursuant to 18 U.S.C. 4241(d)(1), and having heard from the United States Representative, Counsel for Mr. Davis and the evaluating physician, the Court finds that Mr. Davis suffers from a severe mental defect that requires hospitalization for treatment.

The Court hereby Orders that the defendant Clarence S. Davis shall be committed to the custody of the Attorney General pursuant to 18 U.S.C. 4241(d)(1) for treatment as it is necessary to determine whether there is substantial probability that in the foreseeable future he will attain the capacity to permit the trial in this cause to proceed.

It is so **ORDERED** this 22nd day of August, 2005.

_____
SAMUEL H. MAYS, JR.
United States District Judge

APPROVED BY:

_____
Stephen C. Parker, AUSA

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on  8-29-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 45 in case 2:04-CR-20383 was distributed by fax, mail, or direct printing on August 29, 2005 to the parties listed.

---

April Rose Goode
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Stephen C. Parker
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT